# FILED UNDER SEAL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>COLE LUSBY,<br><br>Defendant | Case No.: 2:15-mj-00956-NJK<br><br>**ORDER TO SEAL** |

Based on Government's Motion to Seal the Complaint and the Arrest Warrant in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint and the Arrest Warrant be sealed.

DATED this 13th day of November, 2015.

NANCY J. KOPPE
United States Magistrate Judge

3